| | |
|---|---|
| 1 | Susan St. Vincent |
| | Yosemite Legal Officer |
| 2 | NATIONAL PARK SERVICE |
| | Legal Office |
| 3 | P.O. Box 517 |
| 4 | Yosemite, California 95389 |
| | Telephone: (209) 372-0241 |
| 5 | |



FILED

MAY 01 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:17-mj-001-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| SAMUEL GUADALUPE FLORES, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for eight years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Samuel Guadalupe FLORES has failed to attend AA 2 times per week as ordered.

As the legal officer, I am aware that Samuel Guadalupe FLORES, was charged with Count 1: Driving under the influence of alcohol to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1), Count 2: Driving under the influence of alcohol with a BAC greater than 0.08%, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2), Count 3: Possessing an open container of alcohol in a motor

1

vehicle in violation of Title 36 Code of Federal Regulations § 4.14(b), Count 4: Fail to comply with a traffic control device, in violation of Title 36 Code of Federal Regulations § 4.12, Count 6: Driving without a valid license, in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 12500, Count 7: Fail to properly signal a turn, in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 22107.

FLORES plead guilty to two charges: driving under the influence with a BAC greater than 0.08% and driving without a valid license on April 26, 2017, and was sentenced to serve twenty four months of unsupervised probation with the conditions he pay a $1000 fine, obey all laws, report all new violations of the law, attend and complete the multi-offender DUI offender program, abstain from use or possession of alcohol, attend AA 2 times weekly for first 12 months of probation, and serve 45 days in custody which was suspended for the first twelve months of probation.

The government alleges FLORES has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO ATTEND AA

FLORES was ordered to attend AA two 2 times per week for the first twelve months of probation. To date FLORES has provided proof of attending AA 0 times.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

5/1/18
Date

Susan St. Vincent, Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

9/1/18
Date

Honorable Jeremy D. Peterson
U.S. Magistrate Judge
Eastern District of California