| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
SAMUEL FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAMUEL FLORES,

Defendant.

Case No. 6:17-mj-00001-JDP

**STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER**

On April 26, 2017, the Court sentenced Samuel Flores to 24 months of unsupervised probation with the conditions that he obey all laws and report any contact with law enforcement within 7 days. In addition, the Court ordered Mr. Flores to pay a fine of $1000.00, attend AA meetings twice a week for the first 12 months of probation, complete the Multi-Offender DMV course, and abstain from the consumption of alcohol. Finally, the Court imposed 45 days of custody time that was suspended for the first 12 months of probation.

Due to the loss of his job, Mr. Flores was unable to comply with every term of his probation. Accordingly, on May 2, 2018, he admitted to violating his probation, and the Court adopted the parties' proposal and imposed a custody sentence of 30 days, with credit for two days of time served. Mr. Flores's surrender date was set for May 18, 2018, with the conditions of probation remaining in place until completion of the custody time.

Unfortunately, a personal matter has developed that cannot be resolved while Mr. Flores

is serving custody and must be addressed prior to his surrender date. Mr. Flores believes that he will be able to address this issue before the proposed surrender date of August 17, 2018, but will advise the Court if additional time is necessary. Accordingly, THE PARTIES HEREBY STIPULATE to continue Mr. Flores's surrender date to August 17, 2018 before 2:00 p.m. Mr. Flores will remain on probation until the completion of his custody sentence and must obey all laws and report any law enforcement contact within 7 days.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: May 14, 2018                      */s/ Susan St. Vincent*
                                        Susan St. Vincent
                                        Yosemite Legal Officer
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: May 14, 2018                      */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SAMUEL FLORES

## **O R D E R**

In accordance with the parties' agreement to modify the terms of Mr. Flores's probation, the Court hereby continues Mr. Flores's surrender date to August 17, 2018, before 2:00 p.m. Mr. Flores shall remain on unsupervised probation until the completion of his custody sentence.

IT IS SO ORDERED.

Dated:   May 17, 2018                                /s/ *Jeremy D. Peterson*
                                                          UNITED STATES MAGISTRATE JUDGE

Flores – Stipulation to Modify

2