| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>SAMUEL FLORES |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL FLORES,<br><br>Defendant. | Case No. 6:17-mj-00001-JDP<br><br>**STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER** |

On April 26, 2017, the Court sentenced Samuel Flores to 24 months of unsupervised probation with the conditions that he obey all laws and report any contact with law enforcement within 7 days. In addition, the Court ordered Mr. Flores to pay a fine of $1000.00, attend AA meetings twice a week for the first 12 months of probation, complete the Multi-Offender DMV course, and abstain from the consumption of alcohol. Finally, the Court imposed 45 days of custody time that was suspended for the first 12 months of probation.

Due to the loss of his job, Mr. Flores was unable to comply with every term of his probation. Accordingly, on May 2, 2018, he admitted to violating his probation, and the Court adopted the parties' proposal and imposed a custody sentence of 30 days, with credit for two days of time served. Mr. Flores's surrender date was set for May 18, 2018, with the conditions of probation remaining in place until completion of the custody time.

On May 17, 2018, pursuant to an agreement between the parties, the Court modified a condition of Mr. Flores's probation and continued his sentencing date to August 17, 2018 at 2 p.m.

Unfortunately, the issue preventing Mr. Flores from starting his custody time is still outstanding. Accordingly, THE PARTIES HEREBY STIPULATE to continue Mr. Flores's surrender date to December 14, 2018 before 2:00 p.m. Mr. Flores will remain on probation until the completion of his custody sentence and must obey all laws and report any law enforcement contact within 7 days.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 15, 2018        */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2018        */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
SAMUEL FLORES

## **O R D E R**

Due to the parties' stipulation to modify the terms of Mr. Flores's probation, the court hereby continues Mr. Flores's surrender date to December 14, 2018, before 2:00 p.m. Mr. Flores shall remain on unsupervised probation until the completion of his custody sentence.

IT IS SO ORDERED.

Dated:   August 16, 2018

UNITED STATES MAGISTRATE JUDGE

Flores – Stipulation to Modify

2